FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 1 9 2012

JAM~~~~~~~ N, Clerk
By: ~~~~~~~
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTO ACOSTA, *on his own behalf and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS TECHNOLOGIES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:12-cv-00597-RWS |

## ~~PROPOSED~~ ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq.*, based on Defendant's alleged failure to properly compensate Plaintiff for all hours worked. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement And For Order Of Dismissal With Prejudice ("Joint Motion") of the parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise.

The Court has reviewed the parties' Joint Motion and draft Settlement Agreement. The Court is further aware of investigation by the parties of the facts underlying the lawsuit, and of negotiations between the parties. The Court is of the opinion that there are *bona fide* disputes over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreement reflects a fair and reasonable resolution of these *bona fide* disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as described in the Settlement Agreement and ORDERS such payments to be made accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his or its own expenses and attorney's fees as provided in the Settlement Agreement.

DONE and ORDERED this 19th day of July, 2012.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE